**PATTON, Plaintiff-Appellant, v. HAGANS, Defendant-Appellee.**

Ohio Appeals, Second District, Franklin County.

No. 4575. Decided May 9, 1951.

John M. Scott, Columbus, for appellant.
Lucas & Lucas, Columbus, for appellee.

## OPINION

By THE COURT.

Submitted on motion of the defendant-appellee seeking an order dismissing the appeal on questions of law and fact for the reason that it is not a chancery case, being an action for services rendered. The motion will be sustained, but the cause will be retained for determination on questions of law only. Leave is granted to perfect said appeal in accordance with Supplement to Rule VII of this Court.

HORNBECK, PJ, WISEMAN and MILLER, JJ, concur.